# Supreme Court of Kentucky

2022-SC-0353-MR

COLIN JARED MONTGOMERY                               APPELLANT

V.

ON APPEAL FROM BOYLE CIRCUIT COURT
HONORABLE JEFF L. DOTSON, JUDGE
NO. 18-CR-00078

COMMONWEALTH OF KENTUCKY                       APPELLEE

## **ORDER DENYING PETITION FOR REHEARING**

The Petition for Rehearing, filed by the Appellant, of the Opinion of the

Court, rendered October 26, 2023, is DENIED.

All sitting. All concur.

ENTERED: April 18, 2024.

_____
CHIEF JUSTICE